ORIGINAL

PETER BROWN DOLAN (40766)
THE DOLAN LAW FIRM
2300 Citibank Center
444 South Flower Street
Los Angeles, California 90071-2924
Telephone: (213) 689-0333

Attorneys for Plaintiff
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN BROWN, and MARY BOYLE, <br><br> Defendants. | Case No.: CV-01-04320 LGB (CTx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARY BOYLE** <br><br> F. R. Civ. P. 41 (a) (1) |

Pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated hereby voluntarily dismisses, *without prejudice*, Defendant Mary Boyle, who has neither served nor filed any answer or motion in this action, nor otherwise appeared herein.

DATED: April 5, 2002

PETER BROWN DOLAN
THE DOLAN LAW FIRM

By _____
Peter Brown Dolan
Attorney for Plaintiff
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

ENTERED ON ICMS
APR - 8 2002

- 1 -

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARY BOYLE

**PROOF OF SERVICE**
(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the aforesaid County, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 2300 Citibank Center, 444 South Flower Street, Los Angeles, California 90071.

On April 5, 2002, I served the document entitled **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARY BOYLE** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Stephen Brown
920 North Nash Street
El Segundo, CA 90245

[X] BY MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE: I delivered by hand such envelope to the offices of the addressee(s) with delivery time prior to 5:00 p.m. on the date specified above.

[ ] BY OVERNIGHT COURIER: I deposited such envelope in a receptacle maintained by the Firm for pick-up by the courier. I am "readily familiar" with the firm's practice of collection and processing envelopes for courier delivery. Hand delivery was guaranteed by the next business day.

[ ] BY FACSIMILE TRANSMISSION: I caused such documents to be transmitted via facsimile to the facsimile machine(s) of interested parties prior to 5:00 p.m. on the date specified above. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to Rule 2205(e). I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine, and a copy of the transmission record is attached hereto.

[X] STATE I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] FEDERAL I declare that I am ~~employed in the office of~~ a member of the bar of this Court ~~at whose direction the service was made~~.

Executed on April 5, 2002, at Los Angeles, California.

PETER BROWN DOLAN

**PROOF OF SERVICE**